Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−32152−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony J Bersito<br>209 Winding Way Road<br>Stratford, NJ 08084 | Josephine A. Bersito<br>aka Jo Ann Bersito<br>209 Winding Way Road<br>Stratford, NJ 08084 |

Social Security No.:
   xxx−xx−8725                                                    xxx−xx−3054

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           2/5/20
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: December 13, 2019
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                    Case No. 19-32152-ABA
Anthony J Bersito                                         Chapter 13
Josephine A. Bersito
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Dec 13, 2019
                              Form ID: 132             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db           +Anthony J Bersito,    209 Winding Way Road,    Stratford, NJ 08084-1803
jdb         #+Josephine A. Bersito,    209 Winding Way Road,    Stratford, NJ 08084-1803
518587334    +Axcssfn/cngo,    7755 Montgomery Rd,    Cincinnati, OH 45236-4291
518587338    +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
518587344    +Diaz Assocs,    17731 Irvine Blvd.,    Tustin, CA 92780-3206
518587346    +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518587350    +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518587351    +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
518587353    +National Credit Adjust,    P.o. Box 550,    Hutchinson, KS 67504-0550
518609848     Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
518587354    +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
518587359     Noble Fin,    25331 1h 10 West,    San Antonio, TX 78257
518587363    +Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
518587365    +Tbom/total Crd,    Po Box 85710,    Sioux Falls, SD 57118-5710
518602280    +Wells Fargo Bank, N.A.,,    Denise Carlon, Esquire,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
518587368     Your Credit,    25331 1h 10 West,    San Antonio, TX 78257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2019 00:03:47     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2019 00:03:44     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518587333    +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2019 00:01:31     Ally Financial,
               P.o. Box 380901,    Bloomington, MN 55438-0901
518602056    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2019 00:12:04
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518587339    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2019 00:00:00
               Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518587342    +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 14 2019 00:04:53     Cb Indigo/gf,
               Po Box 4499,    Beaverton, OR 97076-4499
518599645     E-mail/Text: mrdiscen@discover.com Dec 14 2019 00:02:53     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518587345    +E-mail/Text: mrdiscen@discover.com Dec 14 2019 00:02:53     Discover Fin Svcs Llc,    Pob 15316,
               Wilmington, DE 19850-5316
518587349    +E-mail/Text: hannlegal@hannfinancial.com Dec 14 2019 00:03:20     Hann Financial Service,
               One Center Drive,    Jamesburg, NJ 08831-1564
518587352    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 13 2019 23:59:55     Merrick Bank Corp,
               Po Box 9201,    Old Bethpage, NY 11804-9001
518587360    +E-mail/PDF: cbp@onemainfinancial.com Dec 13 2019 23:58:45     Onemain Financial,    Po Box 1010,
               Evansville, IN 47706-1010
518587361    +E-mail/Text: bkrgeneric@penfed.org Dec 14 2019 00:02:25     Pentagon Federal Cr Un,
               1001 N. Fairfax,    Alexandria, VA 22314-1797
518587362    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2019 00:23:31
               Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518587364    +E-mail/Text: jennifer.chacon@spservicing.com Dec 14 2019 00:04:52
               Sps Select Portfolio Services,    PO Box 65450,    Salt Lake City, UT 84165-0450
518587367    +E-mail/Text: inchargehq@westcreekfin.com Dec 14 2019 00:04:56     Westcreek Fi,
               4951 Lake Brook Dr,    Glen Allen, VA 23060-9279
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518587335*   +Axcssfn/cngo,    7755 Montgomery Rd,    Cincinnati, OH 45236-4291
518587336*   +Axcssfn/cngo,    7755 Montgomery Rd,    Cincinnati, OH 45236-4291
518587337*   +Axcssfn/cngo,    7755 Montgomery Rd,    Cincinnati, OH 45236-4291
518587340*   +Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518587341*   +Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518587343*   +Cb Indigo/gf,    Po Box 4499,    Beaverton, OR 97076-4499
518587347*   +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518587348*   +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518587355*   +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
518587356*   +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
518587357*   +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
518587358*   +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
518587366*   +Tbom/total Crd,    Po Box 85710,    Sioux Falls, SD 57118-5710
518587369*    Your Credit,    25331 1h 10 West,    San Antonio, TX 78257
                                                                                   TOTALS: 0, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Dec 13, 2019
                               Form ID: 132             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:

    Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. Trust Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

    Georgette   Miller    on behalf of Joint Debtor Josephine A. Bersito info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@georgettemillerlaw.com

    Georgette   Miller    on behalf of Debtor Anthony J Bersito info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@georgettemillerlaw.com

    Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com

    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 5