Certificate Number: 15317-NJ-DE-034144689

Bankruptcy Case Number: 19-32152



15317-NJ-DE-034144689

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 26, 2020</u>, at <u>11:41</u> o'clock <u>AM PST</u>, <u>Josephine A Bersito</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>February 26, 2020</u>           By:   <u>/s/Julie Dumlao</u>

Name:   <u>Julie Dumlao</u>

Title:   <u>Counselor</u>