UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo, et al.

In Re:

 Anthony Bersito & Josephine Bersito,

 Debtors.

Case No.:        19-32152-ABA

Chapter:                13

Hearing Date:        5/19/2020

Judge:            Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

            ☒  Settled                    ☐ Withdrawn

Matter:  Motion for Relief (Docket # 23) _____

_____

Date:  5/14/2020 _____                    /s/ Denise Carlon _____
                                    Signature

*rev.8/1/15*