Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32152−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony J Bersito                                           Josephine A. Bersito
   209 Winding Way Road                           aka Jo Ann Bersito
   Stratford, NJ 08084                                       209 Winding Way Road
                                                               Stratford, NJ 08084

Social Security No.:
   xxx−xx−8725                                                       xxx−xx−3054

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 18, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 18, 2020
JAN: bc

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony J Bersito  
Josephine A. Bersito  
    Debtor(s)

Case No. 19-32152-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 18, 2020 | Form ID: 148 | Total Noticed: 39 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J Bersito, 209 Winding Way Road, Stratford, NJ 08084-1803 |
| jdb | #+ | Josephine A. Bersito, 209 Winding Way Road, Stratford, NJ 08084-1803 |
| 518587334 | + | Axcssfn/cngo, 7755 Montgomery Rd, Cincinnati, OH 45236-4291 |
| 518587344 | + | Diaz Assocs, 17731 Irvine Blvd., Tustin, CA 92780-3206 |
| 518587350 | #+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518587351 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 518681020 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518609848 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518587354 | + | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518587359 | | Noble Fin, 25331 1h 10 West, San Antonio, TX 78257 |
| 518710646 | + | PENFED CREDIT UNION, C/O NATIONWIDE CREDIT CORP, PO BOX 9156, ALEXANDRIA VA 22304-0156 |
| 518587363 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 518587365 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518602280 | + | Wells Fargo Bank, N.A.,, Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518587368 | | Your Credit, 25331 1h 10 West, San Antonio, TX 78257 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518650185 | | EDI: ATLASACQU | Nov 19 2020 01:58:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 518686263 | | EDI: GMACFS.COM | Nov 19 2020 01:58:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518587333 | + | EDI: GMACFS.COM | Nov 19 2020 01:58:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518587338 | + | EDI: BANKAMER.COM | Nov 19 2020 01:58:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518602056 | + | EDI: AIS.COM | Nov 19 2020 01:58:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518587339 | + | EDI: CAPITALONE.COM | Nov 19 2020 01:58:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518587342 | + | EDI: PHINGENESIS | Nov 19 2020 01:58:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |

Case 19-32152-ABA   Doc 32   Filed 11/20/20   Entered 11/21/20 00:19:35   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 148 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518599645 | | EDI: DISCOVER.COM | Nov 19 2020 01:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518587345 | + | EDI: DISCOVER.COM | Nov 19 2020 01:58:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 518587346 | + | EDI: AMINFOFP.COM | Nov 19 2020 01:58:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518587349 | + | Email/Text: hannlegal@hannfinancial.com | Nov 18 2020 22:00:00 | Hann Financial Service, One Center Drive, Jamesburg, NJ 08831-1564 |
| 518587352 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2020 22:19:16 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518587353 | + | Email/Text: bankruptcy@ncaks.com | Nov 18 2020 22:00:00 | National Credit Adjust, P.o. Box 550, Hutchinson, KS 67504-0550 |
| 518587360 | + | EDI: AGFINANCE.COM | Nov 19 2020 01:58:00 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 518650462 | | EDI: PRA.COM | Nov 19 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518587361 | + | Email/Text: bkrgeneric@penfed.org | Nov 18 2020 21:59:00 | Pentagon Federal Cr Un, 1001 N. Fairfax, Alexandria, VA 22314-1797 |
| 518587362 | + | EDI: PRA.COM | Nov 19 2020 01:58:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518673260 | + | EDI: JEFFERSONCAP.COM | Nov 19 2020 01:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518587364 | + | Email/Text: jennifer.chacon@spservicing.com | Nov 18 2020 22:02:00 | Sps Select Portfolio Services, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 518640200 | + | EDI: LCIFULLSRV | Nov 19 2020 01:58:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518694762 | | Email/Text: jennifer.chacon@spservicing.com | Nov 18 2020 22:02:00 | Wells Fargo Bank, N.A et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518587367 | + | Email/Text: inchargehq@westcreekfin.com | Nov 18 2020 22:02:00 | Westcreek Fi, 4951 Lake Brook Dr, Glen Allen, VA 23060-9279 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518587336 | *+ | Axcssfn/cngo, 7755 Montgomery Rd, Cincinnati, OH 45236-4291 |
| 518587337 | *+ | Axcssfn/cngo, 7755 Montgomery Rd, Cincinnati, OH 45236-4291 |
| 518587335 | *+ | Axcssfn/cngo, 7755 Montgomery Rd, Cincinnati, OH 45236-4291 |
| 518587340 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518587341 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518587343 | *+ | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 518587347 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518587348 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518587355 | *+ | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518587356 | *+ | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518587357 | *+ | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518587358 | *+ | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518587366 | *+ | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518587369 | * | Your Credit, 25331 1h 10 West, San Antonio, TX 78257 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 18, 2020 | Form ID: 148 | Total Noticed: 39 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
on behalf of Creditor Wells Fargo Bank N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. Trust Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Georgette Miller
on behalf of Joint Debtor Josephine A. Bersito bky@margolisedelstein.com gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;NonnenbergGR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com;MillerGR50524@notify.bes

Georgette Miller
on behalf of Debtor Anthony J Bersito bky@margolisedelstein.com gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;NonnenbergGR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com;MillerGR50524@notify.bes

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5